

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2019

No. 04-19-00020-CV

Robert M. **STONE,** Raymond S. DeLeon, and John Salas,
Appellants

v.

**THE CARLSON LAW FIRM,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-16271
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

On February 22, 2019, appellant filed a motion to abate this appeal based on a partial settlement reached in the trial court. The motion does not comply with Texas Rule of Appellate Procedure 10.1(a)(5) in that it does not contain a certificate stating the filing party conferred or made a reasonable attempt to confer with all other parties about the merits of the motion and whether those parties oppose the motion. Based on this failure, the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court